IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**WILLIAMS OHIO VALLEY MIDSTREAM, LLC,**
a foreign company,

    Plaintiff,

v.                                  **CIVIL ACTION NO. 5:23-cv-310**
                                           **Honorable John Preston Bailey**

**PHILIP A. KITTLE and**
**DEBORAH K. KITTLE,**
West Virginia residents,

    Defendants.

## STIPULATION OF DISMISSAL

Plaintiff/Counterclaim Defendant, Williams Ohio Valley Midstream, LLC and Defendants/Counterclaim Plaintiffs, Philip A. Kittle and Deborah K. Kittle, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal of all claims in this action, with prejudice.

It is so agreed this 29th day of September, 2025.

                                                    **WILLIAMS OHIO VALLEY MIDSTREAM, LLC**

                                                    **By Counsel,**

                                                   */s/ Ramonda C. Marling*
                                                   Mychal S. Schulz, Esquire (WVSB #6092)
                                                   Ramonda C. Marling, Esquire (WVSB #6927)
                                                   Robert M. Stonestreet, Esquire (WVSB #9370)
                                                   Babst Calland, P.C.
                                                   300 Summers Street, Suite 1000
                                                   Charleston, WV 25301
                                                   681.205.8888
                                                   681.205.8814 fax
                                                   mschulz@babstcalland.com

16637684v1

rmarling@babstcalland.com
rstonestreet@babstcalland.com

and

**PHILIP A. KITTLE and
DEBORAH K. KITTLE**

**By Counsel,**

 /s/ Matthew R. Miller (w/ permission)
Joy D. Llaguno, Esquire (WVSB #14170)
Matthew R. Miller, Esquire (WVSB #14149)
Hook & Hook, PLLC
430 East Oakview Drive, Suite 101
Waynesburg, PA 15370
jllaguno@hooklaw.com
mmiller@hooklaw.com

**IT IS SO ORDERED.**

The Clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 29th day of September, 2025.

                                               _____
                                               Honorable John Preston Bailey